# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **TAYLOR ALLEN,**<br>**Individually and on behalf of all others similarly situated,**<br>           Plaintiff,<br><br>     v.<br><br>**JUMP START ACADEMY, LLC**<br><br>           Defendant. | Case No. 6:21-CV-03481-MJJ-PJH |

## JOINT NOTICE OF RULE 41 DISMISSAL WITH PREJUDICE

**TO THE HONORABLE COURT:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Taylor Allen ("Plaintiff") and Defendant Jump Start Academy, LLC ("Defendant") stipulate to dismissal with prejudice of all claims and causes of action asserted against Defendant in this case by Plaintiff, with each party to bear their own costs and attorneys' fees.

Date:   February 1, 2022                                     Respectfully submitted,

                                                                   **LAW OFFICES OF JOSEPH A. GAAR, JR.**

By:   /s/ *Lucas S. Colligan*
      **Lucas S. Colligan**
      Louisiana Bar No. 31673
      lucas@gaarlaw.com
      114 Representative Row
      Lafayette, Louisiana 70508
      Telephone: (337) 233-3185
      Facsimile: (337) 233-0690

**ANDERSON ALEXANDER, PLLC**

By:   /s/ *Clif Alexander*
      **Clif Alexander** (*admitted pro hac vice*)
      Texas Bar No. 24064805
      clif@a2xlaw.com
      **Austin W. Anderson** (*admitted pro hac vice*)
      Texas Bar No. 24045189
      austin@a2xlaw.com
      819 N. Upper Broadway
      Corpus Christi, Texas 78401
      Telephone: (361) 452-1279
      Facsimile: (361) 452-1284

*Attorneys for Plaintiff*

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

By:   /s/ *Gregory Guidry*
      **Gregory Guidry**
      Attorney-in-Charge
      Louisiana Bar No. 06489
      Greg.guidry@ogletree.com
      325 Settlers Trace Blvd. Suite 201
      Lafayette, Louisiana 70508
      Telephone: (337) 769-6583
      Facsimile: (337) 943-0858

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 1, 2022, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Western District of Louisiana, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                              */s/ Clif Alexander*
                                              Clif Alexander